IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AHMED ALI                                                    PETITIONER

v.                      CIVIL ACTION NO. 5:19-cv-71-DCB-MTP

WARDEN GILLIS                                                RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 17], to which no objections were filed by the Petitioner. Having carefully reviewed the same, the Court finds that the Ahmed Ali's Petition for Writ of Habeas Corpus [1] is moot because on October 22, 2019, the United States Immigration and Customs Enforcement ("ICE") issued a "Release Notification" informing Petitioner that he would be released pending his removal and, two days later, ICE issued an "Order of Supervision which directed that Ali "be placed under supervision and permitted to be at large…." See [ECF No. 15-1]; [ECF No. 16-2]. Magistrate Judge Parker found that, "[a]s the Petitioner has been granted the relief he sought in his Petition – his release from immigration custody – the Petition is now moot." [ECF No. 17] at 1. The Court finds the Report and Recommendation to be well taken.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 17] is ADOPTED as the findings and conclusions of this Court and Ahmed Ali's Petition for Writ of Habeas Corpus is DISMISSED with prejudice.

SO ORDERED this the 9th day of March, 2020.

_/s/ David Bramlette_____
UNITED STATES DISTRICT COURT